# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>Respondent,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF REVENUE,<br><br>Appellant. | No. 59809-4-II<br><br><br>ORDER GRANTING RECONSIDERATION IN PART AND WITHDRAWING OPINION |

Respondent Chicago Title Insurance Company moves this court for reconsideration of this March 3, 2026 opinion. After consideration, we grant the motion in part. The March 3, 2026 opinion is withdrawn. A new opinion will be filed in due course. It is

SO ORDERED.

Panel: Jj. Lee, Veljacic, Price

FOR THE COURT:

_____
Veljacic, C.J.